In the Matter of the Estate of GRACE DANIELSON, an Incompetent Person.

CHARLES J. DODD, JR., as Committee, Appellant· DONATO ZAPPA, Respondent.

Submitted April 7, 1941; decided April 24, 1941.

*Lyman Sessen* for appellant.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* and *Henry Epstein* of counsel), for Central Islip State Hospital.

*Charles Maiorana* for respondent.

Order affirmed, with costs payable out of the incompetent's estate. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.